UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, Jr., | No. 2:16-cv-2665 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| D. BODENHAMER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 18, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

////

1

1 | The court notes that in his objections, plaintiff again complains of his lack of access to the law library. Plaintiff requests library access for two hours a day, five days a week. While the court will not intervene to provide plaintiff this level of access, the court recognizes that plaintiff may require some library access to respond to the magistrate judge's order giving plaintiff thirty days to file an amended complaint. If plaintiff is being denied sufficient library access, he may file a short, plain motion describing what library access, if any, he is currently receiving and explaining briefly why that access is not sufficient to meet the current deadline in this case.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 18, 2017, are adopted in full; and
2. Plaintiff's motions for injunctive relief (ECF Nos. 6, 7, 9, 10, and 11) are denied.

Dated: July 14, 2017

**/s/ JOHN A. MENDEZ**
John A. Mendez
United States District Court Judge

DLB:9
tuns2665.804