UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, Jr., <br><br> Plaintiff, <br><br> v. <br><br> D. BODENHAMER, et al., <br><br> Defendants. | No. 2:16-cv-2665 JAM DB P <br><br><br> ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 17, 2017, the magistrate judge filed findings and recommendations (ECF No. 30) herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations. (ECF No. 34.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motions and requests for injunctive relief (ECF Nos. 19, 21, 22, 23, 24, and 26) are denied.

DATED: March 19, 2018

/s/ John A. Mendez
UNITED STATES DISTRICT COURT JUDGE