UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, Jr., | No. 2:16-cv-2665 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| D. BODENHAMER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 29, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 29, 2017, are adopted in full;

2. Plaintiff's motion for court order (ECF No. 44) is denied;

3. Plaintiff's motion for protective custody (ECF No. 49) is denied; and

4. Plaintiff's motion for injunctive relief (ECF No. 54) is denied

DATED: March 19, 2018

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE