# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT WILLIAM TUNSTALL, Jr., | No. 2:16-cv-2665 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| D. BODENHAMER, et al., | |
| Defendants. | |

On January 25, 2019, plaintiff filed a motion for the appointment of counsel (ECF No. 78). This civil rights action was closed on June 6, 2018. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff is advised that if he feels the conduct complained of amounts to a civil rights violation he may file a new case based on his current treatment after fully exhausting administrative remedies.

Dated: February 1, 2019

[signature]

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:12
DLB:1/Orders/Prisoner/Civil.Rights/tuns2665.58

1